# *United States District Court*
## *Northern District of New York*

## JUDGMENT IN A CIVIL CASE

**DONNA M. ARCHAMBEAU**

V.          CASE NUMBER: 6:03-CV-159(NAM/DEP)

**COMMISSIONER OF SOCIAL SECURITY**

[]          **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

**[XX]**          **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, affirming the Secretary' s decision pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on March 21, 2006.

DATED:          March 21, 2006

Clerk of Court

LKB:lmp